IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BENJAMIN COXON,

    Plaintiff,

v.                                  CASE NO. 4:24cv167-RH-MAF

UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF FLORIDA,

    Defendant.

_____/

## ORDER DISMISSING THE COMPLAINT
## AND GRANTING LEAVE TO AMEND

This case is before the court on the magistrate judge's report and recommendation, ECF Nos. 5 and 6. No objections have been filed. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The plaintiff is granted leave to file an amended complaint by not later than June 10, 2024. Upon the filing of an amended complaint, or when the deadline

passes if no amended complaint has been filed, the clerk must refer the case to me, not to the magistrate judge, for further handling.

SO ORDERED on May 20, 2024.

s/Robert L. Hinkle
United States District Judge